Your Name: _Tonie Harris_

Address: _1910 North Main st. #709 Walnut Creek CA. 94591_

Phone Number: _9255840177_

Email Address: _TonieHarris68@gmail.com_

Pro Se

F I L E D

MAR 30 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☑ San Francisco  ☐ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

_Tonie Harris, et al,_

Plaintiff,

v.

_Endy Ukoha Ajike Law Group PC, et al._

Defendant.

Case Number: _25-cv-05727-SK_

**ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CHANGE DEADLINE FOR FILING**

WRITE TITLE HERE _Motion to Extend Time to Respond to Motion to Dismiss_

Judge: Hon. _Sallie Kim_

1.  The [title of document] _Response to Defendants' Motion to Dismiss and/or Amended Complaint_

2.  Is currently due to be filed on [date] _April 3, 2026_

3.  I respectfully request that the Court change this deadline to [new date] _May 3, 2026_

4.  I have [check one]:

    ☑ not already asked the Court to change this deadline.

    ☐ already asked the Court to change this deadline.

CASE NO. _25-cv-05727-SK_          PAGE _1_ OF _3_          JDC TEMPLATE, UPDATED 11/2024

5. This change is necessary because [explain]: I respectfully request a 30-day extension of time to respond to defendants' Motion to dismiss and/or file an amended complaint. Additional time is needed to review defendants' Motion, conduct legal research, and prepare a proper response. Plaintiff is working dilligently to comply with all Court deadlines. Defendants have refused to stipulate to this extension.

6. I believe changing this deadline [check one]:

☑ will not affect any other deadlines.

☐ may affect these other deadlines and dates [list anything else that may need to be

   rescheduled, such as a hearing related to the papers you need to file]:

7. The opposing side [check one and explain]:

☐ has agreed to this change.

☑ has not agreed. I tried to obtain the opposing party's agreement to this change but was

   unsuccessful. [State who you tried to reach, when, and the person's response]: Plaintiff contacted defendants' counsel by email on March 27, 2026 requesting a stipulation for a 30 day extension. Defendants have refused to stipulate to this extension.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date: 3/29/26        Sign Name: Tonie Harris

                     Print Name: Tonie Harris

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The deadline for filing the

_____Opposition_____ is [date] __May 3, 2026_____.

IT IS SO ORDERED.

Date: ___March 31, 2026_____        [Signature] _____

[Judge's n                                          Magistrate Judge

IT IS SO ORDERED

Judge Charles R. Breyer

CASE NO.: 25-CV-05727-SK        PAGE 3 OF 3        JDC TEMPLATE, UPDATED 11/2024